

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                              Chapter 7 No. GG02-06274

Richard R. Fassett and Kimberly I. Fassett          Hon. James D. Gregg

           Debtors.
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

    Movant, Homeside Lending Inc., by and through its attorneys, Trott & Trott, P.C., having filed a Motion for Relief from the Automatic Stay with respect to the property located at 5020 Haughey SW, Grand Rapids, MI 49548; and the fair market value of the property being approximately $93,800.00; and the current mortgage debt owing to Movant is approximately $121,316.62; and any surplus on the foreclosure sale of this property shall be distributed pursuant to applicable state law and procedures; and any deficiency on the foreclosure sale of this property shall be treated as an unsecured debt; and the Court being in receipt of the Motion and Affidavit and Certification of No Response; and the Court being fully advised in the premises:

    IT IS HEREBY ORDERED that the Automatic Stay as to the Movant, Homeside Lending Inc., is hereby lifted. This order is effective immediately upon entry by this court notwithstanding the provisions of FRBP 4001 (a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

Date: _____7-15-2002_____     _____
                                                    U.S. Bankruptcy Judge

**TROTT & TROTT, P.C.**
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 642-5576