UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 7 No. GG02-06274

Richard R. Fassett and Kimberly I. Fassett   Hon. James D. Gregg

Debtors.
_____/

## CERTIFICATE OF SERVICE

The undersigned states that on July 24, 2002, copies of Homeside Lending Inc.'s Order Granting Relief from the Automatic Stay was served upon the following parties by depositing said copies in the U.S. mail, postage prepaid, properly addressed as follows:

A. Todd Almassian
Keller, Vincent & Almassian, PLC
2810 E. Beltline Lane NE
Grand Rapids, MI 49525

Richard R. Fassett
aka Richard Fassett
5020 Haughey SW
Wyoming, MI 49548

Kimberly I. Fassett
aka Kimberly Fasset
12816 Meadows Dr., Lot 223
Wayland, MI 49348

Date: July 24, 2002

Elizabeth Chalmers
962 Woodworth N.E.
Grand Rapids, MI 49505

Daniel Casamatta
330 Ionia, N.W.
Suite 202
Grand Rapids, MI 49503

Richard R. Fassett
aka Richard Fassett
5020 Haughey St.
Wyoming, MI 49548

Sandra Eliasberg, Legal Assistant
Trott & Trott, P.C.
Attorneys for Homeside Lending Inc.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 642-5576

